```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 00487
   WILLIE MOORE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5500

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
   The case was filed on 01/10/2008 and was not confirmed.

   The case was dismissed without confirmation 02/13/2008.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------
EMC MORTGAGE              CURRENT MORTG        .00           .00          .00
EMC MORTGAGE              SECURED NOT I   87374.68           .00          .00
EMC MORTGAGE              NOTICE ONLY    NOT FILED           .00          .00
DEUTSCHE BANK NATIONAL    NOTICE ONLY    NOT FILED           .00          .00
FORD MOTOR CREDIT         SECURED NOT I   22968.94           .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                       .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE